# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WILLIAM C. URBANSKI, | : No. 21 MAP 2018 |
| | : |
| Appellant | : |
| | : Appeal from the Order of the |
| | : Susquehanna Court of Common |
| v. | : Pleas, Civil Division, dated April 3, |
| | : 2018 and June 22, 2018 at No. 2018- |
| | : 243 CP. |
| MARION O'MALLEY, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                         **DECIDED:  April 26, 2019**

**AND NOW**, this 26th day of April, 2019, Appellee's Application for Leave to File a Sur-Reply Brief is **GRANTED**, and the order of the Court of Common Pleas of Susquehanna County is hereby **AFFIRMED**.  Appellee's Application for Leave to Present Oral Argument is **DENIED** as moot.